CLARK v. ITT GRINNEL INDUS. PIPING, INC.

No. 80P01

Case below: 141 N.C. App. 417

Petition by defendant (ITT Grinnell Industrial Piping, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 18 December 2001 for the limited purpose of remand for reconsideration in light of *Austin v. Continental General Tire.*

HACKNEY v. CLEGG'S TERMITE & PEST CONTROL, INC.

No. 469P01

Case below: 145 N.C. App. 203

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

HENDERSON v. WACHOVIA BANK OF N.C.

No. 553P01

Case below: 145 N.C. App. 621

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

HONBARRIER v. BEAVER

No. 442P01

Case below: 145 N.C. App. 203

Petition by defendant (The Warrior Golf Club, LLC) for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

IN RE D.D.

No. 625P01

Case below: 146 N.C. App. 309

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 18 December 2001. Petition by juvenile appellant for discretionary review pursuant to G.S. 31 denied 18 December 2001.